BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1  Martin E. Rosen (108998)
   Jamie Ostroff (228095)
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California  90071
   Telephone:  (213) 680-2800
4  Facsimile:  (213) 614-7399
   E-mail:       mrosen@barwol.com
5                jostroff@barwol.com

6  Attorneys For Plaintiff-in-Interpleader
   Reassure America Life Insurance Company
7

8           UNITED STATES DISTRICT COURT-NORTHERN DISTRICT OF CALIFORNIA

9                          SAN FRANCISCO/OAKLAND DIVISION

10

11 REASSURE AMERICA LIFE INSURANCE    )   CASE NO.: C 06-00763 MEJ
   COMPANY,                           )
12                                    )   Hon. Maria-Elena James
                Plaintiff-in-Interpleader, )
13                                    )   PLAINTIFF-IN-INTERPLEADER
        vs.                           )   REASSURE AMERICA LIFE INSURANCE
14                                    )   COMPANY'S **NOTICE OF VOLUNTARY
   PATRICIA NAUHEIM; PENELOPE         )   DISMISSAL;** [PROPOSED] ORDER
15 SBICCA, individually and as Trustee of the )   **ORDR CLOSING FILE**
   Robert Nauheim 2001 Trust, DOES 1 through )   [FRCP 41(a)]
16 10, inclusive,                     )
                                      )   Complaint Filed:  February 2, 2006
17              Claimants-in-Interpleader. )
                                      )
18

j:\office2\29091\054\06pleadings\fed ct dismissal.doc

PLAINTIFF'S **NOTICE OF VOLUNTARY DISMISSAL;** [PROPOSED] ORDER
CASE NO. C 06 00763 MEJ

NOTICE IS HEREBY GIVEN that pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(i), Plaintiff-in-Interpleader Reassure America Life Insurance Company hereby voluntarily dismisses above-entitled action without prejudice.

Claimants-in-Interpleader Patricia Nauheim and Penelope Sbicca, individually and as Trustee of the Robert Nauheim 2001 Trust, have not appeared by way of answer or motion for summary judgment in this action. Accordingly, dismissal of this action is appropriate by way filing this Notice of Voluntary Dismissal.

Dated: June 2, 2006

BARGER & WOLEN LLP

By: _____
MARTIN E. ROSEN
JAMIE OSTROFF
Attorneys for Plaintiff-in-Interpleader
Reassure America Life Insurance Company

### [PROPOSED] ORDER

Based on the foregoing Notice of Voluntary Dismissal filed by Plaintiff-in-Interpleader Reassure America Life Insurance Company, the above-captioned action is hereby dismissed without prejudice as to all parties. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: June 6, 2006, 2006

By: _____
HON. M
JUDGE,
COURT
CALIFORNIA



j:\office2\29091\054\06pleadings\fed ct dismissal.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

PLAINTIFF'S **NOTICE OF VOLUNTARY DISMISSAL**; [PROPOSED] ORDER
CASE NO. C 06 00763 MEJ